# Court of Appeals
# of the State of Georgia

ATLANTA,  December 16, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1786.  PHILLIP E. ESTES v. WHITNEY FARMER.**

After a thorough review of the record and the briefs, we have determined that the application for discretionary appeal was improvidently granted. Accordingly, the appeal is dismissed.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,  12/16/2020*
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
                *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*